# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYA AKHLAGHI,<br><br>      Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>      Defendant. | Case No. 1:17-cv-01268-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12)<br><br>THIRTY DAY DEADLINE |

On July 26, 2018 a notice of settlement was informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents within thirty days.

IT IS SO ORDERED.

Dated: **September 28, 2018**

UNITED STATES MAGISTRATE JUDGE

1